**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02729-RPM

BRAULIO MAXIMILIANO and TARA MAXIMILIANO,
    Plaintiffs,
v.

SAFECO INSURANCE COMPANY OF AMERICA,
    Defendant.

---

ORDER GRANTING STIPULATED MOTION TO DISMISS ALL OF PLAINTIFF
TARA MAXIMILIANO'S CLAIMS AGAINST SAFECO INSURANCE COMPANY AND
TO DISMISS PLAINTIFF BRAULIO MAXIMILIANO'S BAD FAITH CLAIM AGAINST
SAFECO INSURANCE COMPANY WITH PREJUDICE

---

THIS MATTER having come before this Court upon the Parties' Stipulated Motion to Dismiss All of Plaintiff Tara Maximiliano's Claims Against Safeco Insurance Company and to Dismiss Plaintiff Braulio Maximiliano's Bad Faith Claim Against Safeco Insurance Company, [9] filed July 15, 2011, it is

ORDERED that the motion is granted and all of Plaintiff Tara Maximiliano's Claims Against Safeco Insurance Company are dismissed with prejudice. It is

FURTHER ORDERED that Plaintiff Braulio Maximiliano's Bad Faith Claim Against Safeco Insurance Company is dismissed with prejudice.

DONE THIS 18th DAY OF July, 2011.

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        Richard P. Matsch, Senior District Judge