**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02729-RPM

BRAULIO MAXIMILIANO,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

---

**ORDER GRANTING**
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

THIS MATTER, having come before the Court on the parties' Stipulation for Dismissal with Prejudice filed by Plaintiff Braulio Maximiliano and Defendant Safeco Insurance Company of America, and the Court having reviewed the Stipulation and being advised as to all matters thereto,

HEREBY ORDERS that the Stipulation for Dismissal with Prejudice is GRANTED, with each party to pay his, her or its own attorneys' fees and costs.

DATED THIS 7th DAY OF May, 2012.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        SENIOR DISTRICT JUDGE RICHARD P. MATSCH